IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

GABRIEL DIAZ,

Plaintiff,

v.

KARL M. HOFFMANN, ROSLYN HUNEKE, LAURA C. SUKOWATY, MELANIE HARPER, SARAH COMBS, TIMOTHY THOMAS, and WISCONSIN DEPARTMENT OF CORRECTIONS,

Defendants.

ORDER

25-cv-993-jdp

---

Plaintiff Gabriel Diaz, proceeding without counsel, is a prisoner at Racine Correctional Institution. Diaz alleges that when he was housed at New Lisbon Correctional Institution, prison staff refused to accommodate his incontinence and other bladder problems by housing him as he requested, in a cell with a toilet, and otherwise provided him with inadequate medical care. I granted Diaz leave to proceed on Eighth Amendment claims against staff members who denied his requests for a wet cell and failed to follow the urologist's recommendation for surgery, and on a Rehabilitation Act claim against the Wisconsin Department of Corrections. Dkt. 17 and Dkt. 20.

Now Diaz moves for reconsideration of my screening orders, requesting that he be allowed to proceed with Americans with Disabilities Act claims for damages against the individual defendants. I will deny that part of his motion because the proper defendant for such a claim is the Department of Corrections. *See, e.g.*, *Brewer v. Wis. Bd. of Bar Exam'rs*, 270 F. App'x 418, 421 (7th Cir. 2008). But, in keeping with recent decisions, I will allow Diaz to proceed on both Americans with Disabilities Act and Rehabilitation Act claims for damages against the department because those two types of claims have slightly different standards.

*See Killebrew v. McHugh*, No. 26-cv-624-jdp, slip op., at 6–8 (W.D. Wis. Oct. 16, 2026) ("the Rehabilitation Act prohibits discrimination only if it is solely by reason of a person's disability, but the ADA permits mixed-motive claims." (internal quotations and alterations omitted)).

ORDER

IT IS ORDERED that:

1. Plaintiff's motion for reconsideration, Dkt. 24, is GRANTED in part.
2. Plaintiff is now GRANTED leave to proceed on the following claims:
   - Eighth Amendment conditions-of-confinement claims against defendants Hoffman, Huneke, Harper, Combs, and Thomas.
   - Eighth Amendment medical care claims against defendants Hoffman, Huneke, Sukowaty, Harper, Combs, and Thomas.
   - Americans with Disabilities Act and Rehabilitation Act claims against the Wisconsin Department of Corrections.

Entered November 17, 2026.

BY THE COURT:

/s/

JAMES D. PETERSON
District Judge